IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stephens Connolly, Gene

Printed: 7/29/08

Case Number: 05 B 63996
Judge: Wedoff, Eugene R
Filed: 12/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: May 29, 2008
Confirmed: February 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,360.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,936.41 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,061.20 |
| Trustee Fee: |  | 330.52 |
| Other Funds: |  | 31.87 |
| Totals: | 6,360.00 | 6,360.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,061.20 | 2,061.20 |
| 2. | CarMax Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Quick Payday | Unsecured | 31.00 | 22.18 |
| 4. | RoundUp Funding LLC | Unsecured | 128.80 | 92.30 |
| 5. | R Sue Connelly | Unsecured | 3,737.75 | 2,859.30 |
| 6. | Capital One | Unsecured | 28.06 | 21.41 |
| 7. | ECast Settlement Corp | Unsecured | 668.72 | 511.55 |
| 8. | H&R Accounts Inc | Unsecured | 43.82 | 18.70 |
| 9. | Resurgent Capital Services | Unsecured | 537.24 | 410.97 |
| 10. | Verizon Wireless | Unsecured | 10.01 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 12. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 13. | Affiliated Radiologist | Unsecured |  | No Claim Filed |
| 14. | CGR Services | Unsecured |  | No Claim Filed |
| 15. | Lakeview Apartments | Unsecured |  | No Claim Filed |
| 16. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 17. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 18. | National Credit | Unsecured |  | No Claim Filed |
| 19. | MBNA America | Unsecured |  | No Claim Filed |
| 20. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 21. | The Money Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,246.60 | $ 5,997.61 |

Case 05-63996   Doc 45   Filed 07/29/08   Entered 07/29/08 09:03:19   Desc   Page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Stephens Connolly, Gene

Printed:  7/29/08

Case Number:  05 B 63996
Judge:  Wedoff, Eugene R
Filed:  12/15/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 72.87 |
| 5% | 39.75 |
| 4.8% | 74.73 |
| 5.4% | 143.17 |
|  | _____ |
|  | $ 330.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

